**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Darrin Winner, derivatively on behalf of Land Guardian, Inc., and
Darrin Winner, individually v. Ayman  Jarrah

Appellate case number:      01-19-00115-CV

Trial court case number:    2017-04100

Trial court:                55th District Court of Harris County

On February 19, 2019, appellants filed a motion to extend the time to file their notice of appeal. The notice of appeal and the extension motion were filed within 15 days of the February 5, 2019 notice of appeal deadline. *See* TEX. R. APP. P. 26.3. Accordingly, the motion is GRANTED. The deadline to file appellants' notice of appeal is extended to February 15, 2019, the date the notice of appeal was filed with the trial court.

It is so ORDERED.


Judge's signature: ____/s/ Justice Gordon Goodman_____
                                  Acting individually


Date:  _March 7, 2019____